L. BISHOP AUSTIN & ASSOCIATES
L. Bishop Austin (SBN 175497)
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411
lbishopaustin@sbcglobal.net

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO DIVISION

| | |
|---|---|
| IN RE<br><br>SYLVESTER P. MITCHELL<br><br>Debtor. | Case No. 2:09-BK-32284-ER<br><br>Chapter 7<br><br>**MOTION TO REOPEN CHAPTER 7 CASE, AND ENLARGE TIME FOR FILING MOTION TO ASSUME UNEXPIRED LEASE AND TO AMEND SCHEDULE TO ADD CREDITOR**<br><br>Date: APRIL 14, 2010<br>Time:  11:00 AM<br>Location: 255 E Temple St.<br>Los Angeles, CA 90012<br>Courtroom 1568 |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE; ALFRED H SIEGEL, CHAPTER 7 TRUSTEE;

**NOW COMES THE DEBTOR,** Sylvester Mitchell, and hereby moves this Honorable Court to Reopen the Chapter 7 Bankruptcy case, pursuant to 11 U.S.C. Sec. 350 (b), for the following reason: The debtor request reopening of this case for the purpose filing a Motion to Assume Unexpired Lease Agreement between Debtor and Creditor Cab West L.L.C. pursuant

- 1 -

to 11 U.S.C. 365(p) and to amend schedule to add creditor Lake Ridge Maintenance Corporation, Debtor inadvertently omitted creditor.

The creditor is the lessor of property to the debtor, and the holder of a vehicle leased by the debtor. The Motion to Assume Unexpired Lease was not signed prior to the granting of the discharge order entered under section 727 the vehicle is needed for the debtor transportation to and from work.

I understand that upon receipt of the order I must file the Motion to Assume Unexpired Lease and amend the schedules to add creditor.

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 in 8/2009.
2. The Debtor received a discharge on 01/14/2010.
3. The bankruptcy case was closed on 01/27/2010.

WHEREFORE, Debtor hereby respectfully requests that the Honorable Court reopen the case for the purpose stated above.

Date: March 30, 2010

/s/ Sylvester P. Mitchell
Debtor

/s/ L. Bishop Austin
L. Bishop Austin (SMN 175497)
Attorney for Debtor Sylvester P Mitchell