| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. BISHOP AUSTIN<br>L. Bishop Austin & Associates<br>3250 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90010<br>213-388-4939 Fax: 213-388-2411<br>175497<br>☒ Attorney for Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CALIFORNIA DISTRICT OF CALIFORNIA | CASE NO.: 2:09-bk-32284 |
|---|---|
| | CHAPTER: 7 |
| In re:<br><br>Sylvester P Mitchell<br><br>Debtor. | DATE: April 14, 2010<br>TIME: 11:00 AM<br>COURTROOM: 1568 |

## NOTICE OF MOTION FOR:

**MOTION TO REOPEN CHAPTER 7 CASE AND ENLARGE TIME FOR FILING MOTION TO ASSUME UNEXPIRED LEASE AND TO AMEND SCHEDULES TO ADD CREDITOR**

*(Specify name of Motion)*

1. **TO: FORD CREDIT**

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order reopening chapter 7 case and Enlargement of time to file motion to assume unexpired lease and to amend schedules to add creditor as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ | 255 East Temple Street, Los Angeles | ☐ | 411 West Fourth Street, Santa Ana |
| ☐ | 21041 Burbank Boulevard, Woodland Hills | ☐ | 1415 State Street, Santa Barbara |
| ☐ | 3420 Twelfth Street, Riverside | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the Judge's self-calendaring procedures.

Dated: 03/30/2010

L. Bishop Austin & Associates
*Law Firm Name*

By:  /s/ L. Bishop Austin

Name:  **L. BISHOP AUSTIN 175497**
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-1.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy