| In re<br>**Sylvester P Mitchell** | **CHAPTER: 7** |
|---|---|
| Debtor(s). | CASE NO.: **2:09-bk-32284** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**L. Bishop Austin & Associates
3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as **MOTION TO REOPEN CHAPTER 7 CASE AND TO ENLARGE TIME FOR FILING MOTION TO ASSUME UNEXPIRED LEASE AND TO AMEND SCHEDULES TO ADD CREDITOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **03/30/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **03/30/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/30/2010 | **B Fontenot** | **/s/ B Fontenot** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 9013-1.1**
Best Case Bankruptcy

| In re | CHAPTER: 7 |
|---|---|
| **Sylvester P Mitchell** | |
| Debtor(s). | CASE NO.: **2:09-bk-32284** |

## SERVICE LIST

Sylvester P Mitchell
700 Cory Drive
Inglewood, CA 90302

Chapter 7 Trustee
Alfred H Siegel
Siegel, Gottlieb, Mangel & Levine
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2201

U.S. Trustee (LA)
725 S Figueroa St, 26th Floor
Los Angeles, CA 90017

Ford Motor Credit Company, LLC
P.O.Box 537901
Livonia, MI 48153-9905

Lake Ridge Maintenance Corporation
C/O Keystone Pacific Property Management
26845 Von Karman, Ste 200
Irvin, CA 92606

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-1.1
Best Case Bankruptcy