# UNITED STATES BANKRUPTCY COURT
## CALIFORNIA DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | L. BISHOP AUSTIN | Atty Name (if applicable): | L. BISHOP AUSTIN |
| Street Address: | 3250 Wilshire Blvd, Suite 1500 Los Angeles, CA 90010 | CA Bar No. (if applicable): | 175497 |
| Filer's Telephone No.: | 213-388-4939 | Atty Fax No. (if applicable): | 213-388-2411 |

| In re: | Case No. 2:09-bk-32284 |
|---|---|
| Sylvester P Mitchell | Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes   ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A   ☐ B   ☐ C   ☒ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☐ J

☐ Statement of Social Security Number(s)   ☐ Statement of Financial Affairs
☐ Statement of Intention   ☒ Other Summary of Schdules

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Sylvester P Mitchell**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: October 12, 2009

/s/ Sylvester P Mitchell
**Sylvester P Mitchell**
*Debtor Signature*


*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

**PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: October 12, 2009

L. BISHOP AUSTIN
Print or Type Name

/s/ L. BISHOP AUSTIN
Signature

(SEE ATTACHED MAILING LIST.)

Sylvester P Mitchell
700 Cory Drive
Inglewood, CA 90302


L. BISHOP AUSTIN
L. Bishop Austin & Associates
3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010


Bank of America
PO Box 15726
Wilmington, DE 19886


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Capital One Bank
PO Box 60067
City Of Industry, CA 91716


Citi Card
8725 W Sahara Ave
The Lakes, NV 89163


Don Kent Treasurer
P.O. Box 12005
Riverside, CA 92502-2205


Ford Credit
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901

GE Money
POB 981127
El Paso, TX 79998-1127


Lake Ridge Maintenance
C/O Keystone Pacific Property Mgmt
16845 Von Karman, Ste 200
Inglewood, CA 90302-2742


Target National Bank
PO Box 59317
Minneapolis, MN 55439-0317

In re  **Sylvester P Mitchell** _____,  Case No. __**2:09-bk-32284**_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2208** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886** | | - | 01-28-07 <br> **Credit card purchases** | | | | 9,689.06 |
| Account No. **2602** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886** | | - | 05-17-07 <br> **Credit card purchases** | | | | 24,459.28 |
| Account No. **2208** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886** | | - | 08-07-07 <br> **Credit card purchases** | | | | 9,900.40 |
| Account No. **2602** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886** | | - | 05-07-07 <br> **Credit card purchases** | | | | 24,941.40 |

__2__ continuation sheets attached

Subtotal (Total of this page)  68,990.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sylvester P Mitchell**                                    Case No.   **2:09-bk-32284**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2208<br><br>Bank of America<br>PO Box 15726<br>Wilmington, DE 19886 | | - | 05-07-07<br>Credit card purchases | | | | 9,921.25 |
| Account No. 2602<br><br>Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | | - | 05-07-05<br>Credit card purchases | | | | 24,207.93 |
| Account No. 9858<br><br>Capital One Bank<br>PO Box 60067<br>City Of Industry, CA 91716 | | - | 06-12-07<br>Credit card purchases | | | | 259.72 |
| Account No. 7564<br><br>Citi Card<br>8725 W Sahara Ave<br>The Lakes, NV 89163 | | - | 12-08-06<br>Credit card purchases | | | | 7,911.91 |
| Account No. 000283823<br><br>Don Kent Treasurer<br>P.O. Box 12005<br>Riverside, CA 92502-2205 | | - | 12-10-08<br>Delinquent Property Taxes on property located at 32835 Fairmont Lane, Lake Elsinore CA 92539 | | | | 2,768.25 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **45,069.06**

In re    Sylvester P Mitchell    Case No.    2:09-bk-32284
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 00028323<br><br>Don Kent Treasurer<br>P.O. Box 12005<br>Riverside, CA 92502-2205 | | - | 04-10-09<br>Delinquent Property Taxes<br>on property located at<br>32835 Fairmont Lane, Lake Elsinore CA 92539 | | | | 2,799.25 |
| Account No. 6072<br><br>GE Money<br>POB 981127<br>El Paso, TX 79998-1127 | | - | 08-07-06<br>Credit card purchases | | | | 2,082.27 |
| Account No. P356-08097-2<br><br>Lake Ridge Maintenance<br>C/O Keystone Pacific Property Mgmt<br>16845 Von Karman, Ste 200<br>Inglewood, CA 90302-2742 | | - | 12/16/2009<br>Association Fees<br>for surrendered real property<br>32835 Fairmont Lane<br>Lake Elzinore, CA 92530 | | | | 1,082.22 |
| Account No. 5652<br><br>Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55439-0317 | | - | 01-08-08<br>Credit Card Purchases | | | | 358.75 |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 6,322.49

Total (Report on Summary of Schedules): 120,381.69